1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| 11 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB MDL No. 1699 |
|---|---|
| 13 14 15 This Document Relates To: PLAINTIFFS LISTED ON EXHIBIT 1 | **ORDER DISMISSING WITH PREJUDICE CERTAIN PLAINTIFFS SUBJECT TO ORDER TO SHOW CAUSE** |
| 16 17 | Date: February 4, 2011 Time: 10:00 a.m. Judge: Hon. Charles R. Breyer |

18

19      On November 22, 2010, this Court issued an Order to Show Cause why certain Plaintiffs

20 – those who had executed settlement agreements with Pfizer or who had agreements in principle,

21 but who had not yet completed the settlement process, or who appeared to file duplicative

22 complaints where the Court dismissed at least one of the complaints already – should not be

23 dismissed for failure to prosecute their claims ("the OSC"). *See* Docket No. 3445. The OSC

24 required any such Plaintiff who wished to oppose the dismissal of his or her suit with prejudice to

25 file a response to the OSC by December 7 and appear in person at a hearing on December 17.

26 Prior to the hearing, a number of plaintiffs filed responses to the OSC (some of which were

27 untimely), and Pfizer submitted a report regarding the progress certain Plaintiffs had made in

28 completing their settlements since the Court issued the OSC.

1    After the hearing, the Court dismissed more than 100 plaintiffs who had failed to respond

2 to the OSC and had not made progress in completing their settlements, but stayed the OSC until

3 February 4, 2011 with respect to more than 700 plaintiffs who had made some progress in

4 completing their settlements ("the OSC Dismissal & Stay"). *See* Docket No. 3463. Since the

5 Court issued the OSC Dismissal & Stay, a large number of Plaintiffs completed their settlements.

6 Only three Plaintiffs' counsel filed any response to the OSC; one agreed to dismiss his only case

7 with prejudice subject to an agreement with Pfizer relating to Medicare claims; another reported

8 significant progress in finalizing their settlement involving a number of plaintiffs; and another

9 consented to the dismissal of some Plaintiffs but claimed to have made some progress in

10 completing the settlements of other Plaintiffs. No other Plaintiff or Plaintiffs' counsel filed any

11 response to the OSC of any kind (timely or not).

12    After carefully considering the status of the litigation and the ample notice provided to

13 litigants by the Court and Pfizer, the Court hereby ORDERS as follows:

14    1.    This Court finds that the Plaintiffs listed in Exhibit 1 either (a) did not respond to

15 the Court's OSC and did not make sufficient progress toward settlement, and thus failed to

16 prosecute their claims adequately, or (b) completed their settlements and consent to dismissal at

17 this time. The claims of all such Plaintiffs hereby are DISMISSED WITH PREJUDICE.

18    2.    In light of the parties' progress in resolving the claims of the remaining plaintiffs

19 in the litigation, and the timelines established in Pretrial Order No. 31, the Court will set the next

20 case management conference ("CMC") in this matter for September 30, 2011.

21    3.    The Plaintiffs who cases remain active at this time are admonished to complete

22 their settlements in short order. If necessary, the Court will issue another Order to Show Cause if

23 the remaining settlements are not completed by the time of the next CMC.

24 **IT IS SO ORDERED.**

25

26 Dated: February **27**, 2011

27                                    HONORABLE CHARLES R. BREYER
                                     UNITED STATES DISTRICT JUDGE

28

ORDER DISMISSING WITH PREJUDICE CERTAIN PLAINTIFFS SUBJECT TO ORDER TO SHOW CAUSE–
M:05-CV-01699-CRB

# EXHIBIT 1

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT 1

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 1 | 3:05-cv-03860 | Turner | William |
| 2 | 3:05-cv-04301 | Babin | Ronald |
| 3 | 3:05-cv-04302 | Aiola | Carol |
| 4 | 3:05-cv-04436 | Sneer | Louis |
| 5 | 3:05-cv-05324 | Briley | Robert |
| 6 | 3:05-cv-05324 | Carpenter | Robert |
| 7 | 3:05-cv-05324 | Goodman | Sherman |
| 8 | 3:05-cv-05324 | Kocher | Jerry |
| 9 | 3:05-cv-05355 | Armstrong | Linda |
| 10 | 3:05-cv-05355 | Belleck | Charles |
| 11 | 3:05-cv-05355 | Daniels | Jack |
| 12 | 3:05-cv-05355 | Donoho | William |
| 13 | 3:05-cv-05355 | Hicks | Stephen |
| 14 | 3:05-cv-05355 | Kennedy | Laurie |
| 15 | 3:05-cv-05355 | Lewis | Ruth |
| 16 | 3:05-cv-05355 | Patrick | Gene |
| 17 | 3:05-cv-05356 | Disher | Scott |
| 18 | 3:05-cv-05356 | Hunt | Kenneth |
| 19 | 3:05-cv-05356 | Roseneau | Randal |
| 20 | 3:05-cv-05356 | Sneer | Louis |
| 21 | 3:05-cv-05356 | Untalan | Jose |
| 22 | 3:06-cv-00229 | Armstrong | Linda |
| 23 | 3:06-cv-00229 | Belleck | Charles |
| 24 | 3:06-cv-00229 | Daniels | Jack |
| 25 | 3:06-cv-00229 | Donoho | William |
| 26 | 3:06-cv-00229 | Hicks | Stephen |
| 27 | 3:06-cv-00229 | Kennedy | Laurie |
| 28 | 3:06-cv-00229 | Lewis | Ruth |
| 29 | 3:06-cv-00229 | Patrick | Gene |
| 30 | 3:06-cv-00432 3:06-cv-00452 | Jackson | James |
| 31 | 3:06-cv-01652 | Smith | Leon |
| 32 | 3:06-cv-01879 | Bryant | James |
| 33 | 3:06-cv-01879 | Burns | Mary |
| 34 | 3:06-cv-01879 | Clevinger | John |
| 35 | 3:06-cv-01879 | Fugate | Vurl |
| 36 | 3:06-cv-01879 | Gibbs | Buna |
| 37 | 3:06-cv-01879 | Good | Phyllis |
| 38 | 3:06-cv-01879 | Hamilton | Noralene |
| 39 | 3:06-cv-01879 | Johnson | Shurlie |
| 40 | 3:06-cv-01879 | Keene | Jerry |
| 41 | 3:06-cv-01879 | Mannie | Dortha |
| 42 | 3:06-cv-01879 | Mayard | Doris |
| 43 | 3:06-cv-01879 | Newsome | Sally |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 1

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 44 | 3:06-cv-01879 | Pendleton | Kevin |
| 45 | 3:06-cv-01879 | Ramey | Joey |
| 46 | 3:06-cv-01879 | Rowe | Catherine |
| 47 | 3:06-cv-01879 | Slone | Laverne |
| 48 | 3:06-cv-01879 | Terry | Billy |
| 49 | 3:06-cv-01880 | Casey | Roger |
| 50 | 3:06-cv-01880 | Fortney | Fredrick |
| 51 | 3:06-cv-01880 | Hall | Deborah |
| 52 | 3:06-cv-01880 | Hall | Patricia |
| 53 | 3:06-cv-01880 | Hampton | Lonnie |
| 54 | 3:06-cv-01880 | Huff | James |
| 55 | 3:06-cv-01880 | Jones | Patricia |
| 56 | 3:06-cv-01880 | Newsome | Naomi |
| 57 | 3:06-cv-01880 | Russell | Myrtlene |
| 58 | 3:06-cv-01880 | Salisbury | Billie |
| 59 | 3:06-cv-01880 | Sesco | Bobby |
| 60 | 3:06-cv-01880 | St. John | Bonnie |
| 61 | 3:06-cv-01881 | Clark | Beverly |
| 62 | 3:06-cv-01881 | Kilgore | Evelyn |
| 63 | 3:06-cv-01881 | Moore | Carolyn |
| 64 | 3:06-cv-01881 | Ratliff | Lucille |
| 65 | 3:06-cv-01881 | Robinson | Joel |
| 66 | 3:06-cv-01881 | Smith | Joe |
| 67 | 3:06-cv-01881 | Taylor | Fon |
| 68 | 3:06-cv-02081 | Wilson | Mark |
| 69 | 3:06-cv-02474 | Wilson | Faye |
| 70 | 3:06-cv-02479 | Wilson | Faye |
| 71 | 3:06-cv-02678 | Bennett | Stela |
| 72 | 3:06-cv-02678 | Hoyt | Elsie |
| 73 | 3:06-cv-02682 | Hanson | Steve |
| 74 | 3:06-cv-02682 | Karl | Sherry |
| 75 | 3:06-cv-02682 | Pearce | Carol |
| 76 | 3:06-cv-02682 | Wilkinson | James |
| 77 | 3:06-cv-02688 | Talbert | Russell |
| 78 | 3:06-cv-02813 | Fountain | Linda |
| 79 | 3:06-cv-02813 | Gates | Joyce |
| 80 | 3:06-cv-02813 | Gremillion | Deanna |
| 81 | 3:06-cv-02813 | Soileau | David |
| 82 | 3:06-cv-02814 | Butler | James |
| 83 | 3:06-cv-02814 3:06-cv-03680 | Gay | Dana |
| 84 | 3:06-cv-02814 | Lebourgeois | Lynn |
| 85 | 3:06-cv-03487 | Sanders | Barbara |
| 86 | 3:06-cv-03487 | Sanders | Victor |
| 87 | 3:06-cv-03526 | Brantley | Donald |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 1

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 88 | 3:06-cv-03526 | Bridges | Lavonne |
| 89 | 3:06-cv-03526 | Corbeil | Guy |
| 90 | 3:06-cv-03526 | Doolen | Daniel |
| 91 | 3:06-cv-03526 | Hayes | Howard |
| 92 | 3:06-cv-03526 | Hendricks | Lawrence |
| 93 | 3:06-cv-03526 | Howard | Willie |
| 94 | 3:06-cv-03526 | Isreal | Scott |
| 95 | 3:06-cv-03526 | Linberg | Richard |
| 96 | 3:06-cv-03526 | Miller | Deborah |
| 97 | 3:06-cv-03526 | Nairne | Joyce |
| 98 | 3:06-cv-03526 | Nall | Mabel |
| 99 | 3:06-cv-03526 | New | Louise |
| 100 | 3:06-cv-03526 | Poorman | Jim |
| 101 | 3:06-cv-03526 | Rainey | Joyce |
| 102 | 3:06-cv-03526 | Reynolds | James |
| 103 | 3:06-cv-03526 | Smith | Forrest |
| 104 | 3:06-cv-03526 | Smith | Walter |
| 105 | 3:06-cv-03526 | Stone | Paulette |
| 106 | 3:06-cv-03526 | Turnage | Peggy |
| 107 | 3:06-cv-03526 | Wallace | Raymond |
| 108 | 3:06-cv-03526 | Wood | Dimple |
| 109 | 3:06-cv-03526 | Woods | Eunice |
| 110 | 3:06-cv-03527 | Bullard | Arthur |
| 111 | 3:06-cv-03527 | Crum | Freda |
| 112 | 3:06-cv-03527 | Mills | Bessie |
| 113 | 3:06-cv-03528 | Adams | Tilford |
| 114 | 3:06-cv-03528 | Blankenship | Emma |
| 115 | 3:06-cv-03528 | Brady | Terriann |
| 116 | 3:06-cv-03528 | Bruner | Carlie |
| 117 | 3:06-cv-03528 | Bucklin | David |
| 118 | 3:06-cv-03528 | Buskirk | Jo |
| 119 | 3:06-cv-03528 | Castle | Tommy |
| 120 | 3:06-cv-03528 | Collins | Martin |
| 121 | 3:06-cv-03528 | Durrell | Elaine |
| 122 | 3:06-cv-03528 | Felton | Carroll |
| 123 | 3:06-cv-03528 | Gayheart | Billy |
| 124 | 3:06-cv-03528 | Griffin | Kervin |
| 125 | 3:06-cv-03528 | Hicks | Charles |
| 126 | 3:06-cv-03528 | Ingram | Tammy |
| 127 | 3:06-cv-03528 | Jackson | Sarah |
| 128 | 3:06-cv-03528 | James | Barbara |
| 129 | 3:06-cv-03528 | Johnson | Cathey |
| 130 | 3:06-cv-03528 | Johnson | Mildred |
| 131 | 3:06-cv-03528 | Ladner | Kirk |
| 132 | 3:06-cv-03528 | Leavings | Horace |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 1

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 133 | 3:06-cv-03528 | Martin | Clara |
| 134 | 3:06-cv-03528 | Maynard | Eva |
| 135 | 3:06-cv-03528 | Moore | Sarah |
| 136 | 3:06-cv-03528 | Moye | James |
| 137 | 3:06-cv-03528 | Noe | Kathy |
| 138 | 3:06-cv-03528 | Pack | Melda |
| 139 | 3:06-cv-03528 | Pellegrin | Justillian |
| 140 | 3:06-cv-03528 | Philpot | Shirley |
| 141 | 3:06-cv-03528 | Powell | John |
| 142 | 3:06-cv-03528 | Price | James |
| 143 | 3:06-cv-03528 | Roberts | Ricky |
| 144 | 3:06-cv-03528 | Schellhaas | William |
| 145 | 3:06-cv-03528 | Simmons | Verlina |
| 146 | 3:06-cv-03528 | Slone | Benny |
| 147 | 3:06-cv-03528 | Smallwood | Leroy |
| 148 | 3:06-cv-03528 | Smith | John |
| 149 | 3:06-cv-03528 | Smith | Margie |
| 150 | 3:06-cv-03528 | Spillers | Elizabeth |
| 151 | 3:06-cv-03528 | Sprague | Deborah |
| 152 | 3:06-cv-03528 | Sullwold | Aline |
| 153 | 3:06-cv-03528 | Swisher | John |
| 154 | 3:06-cv-03528 | White | Patricia |
| 155 | 3:06-cv-03655 | Langham | Vandell |
| 156 | 3:06-cv-03658 | Jermea | Ann |
| 157 | 3:06-cv-03663 | Douglas | Evelyene |
| 158 | 3:06-cv-03668 | McCullough | Bryan |
| 159 | 3:06-cv-03668 | McCullough | Cheryl |
| 160 | 3:06-cv-03671 | Graves | June |
| 161 | 3:06-cv-03671 | Graves | Larry |
| 162 | 3:06-cv-04090 | Scott | Willie |
| 163 | 3:06-cv-06160 | Duvall | Arlene |
| 164 | 3:06-cv-06160 | Duvall | Sam |
| 165 | 3:06-cv-06548 | Brandt | Gaylene |
| 166 | 3:06-cv-06548 | Cleek | Mary |
| 167 | 3:06-cv-06548 | Odom | Evelyn |
| 168 | 3:06-cv-07282 | Cote | Linda |
| 169 | 3:06-cv-07331 | Henry | Mamie |
| 170 | 3:06-cv-07392 | Wellborn | Joyce |
| 171 | 3:06-cv-07392 | Wellborn | Vernon |
| 172 | 3:06-cv-07649 | Boggs | Mary |
| 173 | 3:06-cv-07737 | Norris | Louise |
| 174 | 3:06-cv-07737 | Norris | Robert |
| 175 | 3:06-cv-07902 | Nunez | Jacob |
| 176 | 3:06-cv-07902 | Nunez | Linda |
| 177 | 3:06-cv-07903 | Lunday | Lonnie |

4

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 1

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|----------------------|
| 178 | 3:06-cv-07904 | Serrata | John |
| 179 | 3:06-cv-07904 | Serrata | Sharon |
| 180 | 3:07-cv-00106 | Sutherland | Sanford |
| 181 | 3:07-cv-00213 | Wiles | Geraldine |
| 182 | 3:07-cv-00443 | Burnside | Frieda |
| 183 | 3:07-cv-00862 | Lewis | Gwendolyn |
| 184 | 3:07-cv-00862 | Lewis | Richard |
| 185 | 3:07-cv-00864 | Surratt | Vena |
| 186 | 3:07-cv-01959 | Edwards | William |
| 187 | 3:07-cv-01973 | Caldwell | Jene |
| 188 | 3:07-cv-01973 | Caldwell | Richard |
| 189 | 3:07-cv-01973 | Lonardo | Riccardo |
| 190 | 3:07-cv-01973 | Stewart | Dorothy |
| 191 | 3:07-cv-01973 | Wadnik | Linda |
| 192 | 3:07-cv-01973 | Zamorski | John |
| 193 | 3:07-cv-02144 | Allgood | Ruth |
| 194 | 3:07-cv-02144 | Andrus | Isaac |
| 195 | 3:07-cv-02144 | Boose | Marilyn |
| 196 | 3:07-cv-02144 | Brown | Gary |
| 197 | 3:07-cv-02144 | Caudill | Janice |
| 198 | 3:07-cv-02144 | Dent | Daihann |
| 199 | 3:07-cv-02144 | Flato | Walter |
| 200 | 3:07-cv-02144 | Fromkneht | Wayne |
| 201 | 3:07-cv-02144 | Hauth | Charles |
| 202 | 3:07-cv-02144 | Hill | Beverly |
| 203 | 3:07-cv-02144 | Klink | Rosa |
| 204 | 3:07-cv-02144 | Koester | Michael |
| 205 | 3:07-cv-02144 | Lewis | Louanda |
| 206 | 3:07-cv-02144 | Martin | Robert |
| 207 | 3:07-cv-02144 | McCormick | Pamela |
| 208 | 3:07-cv-02144 | Merger | Terry |
| 209 | 3:07-cv-02144 | Schooley | Linda |
| 210 | 3:07-cv-02144 | Staples | Margaret |
| 211 | 3:07-cv-02144 | Torain | Kathy |
| 212 | 3:07-cv-02144 | Watkins | Tamara |
| 213 | 3:07-cv-02144 | Weddington | Trevis |
| 214 | 3:07-cv-02212 | Estate of Ann Hall by her Administrator Leslie Hall | |
| 215 | 3:07-cv-02212 | Samuel | Wagdy |
| 216 | 3:07-cv-03415 | Styles | Geneva |
| 217 | 3:07-cv-03415 | Styles | John |
| 218 | 3:07-cv-03419 | Chaney | Kevin |
| 219 | 3:07-cv-03492 | Vantine | Wendel |
| 220 | 3:07-cv-06088 | Allums | Marcus D. |
| 221 | 3:08-cv-01492 | Green | Jerome |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 1

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 222 | 3:08-cv-03743 | Sjoberg | Gene |
| 223 | 3:09-cv-04314 | Russell | Mary |
| 224 | 3:09-cv-04315 | Dock | Trevaris |
| 225 | 3:09-cv-04316 | Garcon | Marie |
| 226 | 3:09-cv-04317 | Muscat | Catherine |
| 227 | 3:09-cv-04318 | Turner | Evelyn |
| 228 | 3:09-cv-04319 | Flagler | Ronald |
| 229 | 3:09-cv-04320 | Knight | Regina |
| 230 | 3:09-cv-04321 | Williams-Fudge | Elizabeth |
| 231 | 3:09-cv-04322 | Borja | Carlos |
| 232 | 3:09-cv-04323 | Roman | David |
| 233 | 3:09-cv-04324 | Charlot | Diela |
| 234 | 3:09-cv-04325 | Cutler | Weston |
| 235 | 3:09-cv-04326 | Edwards | Joyce |
| 236 | 3:09-cv-04327 | Garabedian | Khatchir |
| 237 | 3:09-cv-04328 | Gordon | Lena |
| 238 | 3:09-cv-04329 | Kaufman | Joseph |
| 239 | 3:09-cv-04330 | Berardi | Pasquale |
| 240 | 3:09-cv-04331 | Rodgers | Scott |
| 241 | 3:09-cv-04332 | Rutsky | Bruce |
| 242 | 3:09-cv-04333 | Levy | Robert |
| 243 | 3:09-cv-04334 | Schroeder | Catherine |
| 244 | 3:09-cv-04335 | West | Theresa |
| 245 | 3:09-cv-04346 | Tompkins | Willie |
| 246 | 3:09-cv-04347 | Codling | Vivia |
| 247 | 3:09-cv-04348 | Ellberg | Beverly |
| 248 | 3:09-cv-04349 | Savino | Michael |
| 249 | 3:09-cv-04350 | Grant | Oliver |
| 250 | 3:09-cv-04351 | Pawlak | Elaine |
| 251 | 3:09-cv-04352 | Pastore | Louis |
| 252 | 3:09-cv-04359 | Kelly | Hope |
| 253 | 3:09-cv-04360 | Charlot | Diela |
| 254 | 3:09-cv-04361 | Russell | Mary |
| 255 | 3:09-cv-04362 | Cardone | Natalie |
| 256 | 3:09-cv-04363 | Mazzarella | Lila |
| 257 | 3:09-cv-04364 | Roman | David |
| 258 | 3:09-cv-04365 | Eagen | Marcos |
| 259 | 3:09-cv-04366 | Vivona | Ben |
| 260 | 3:09-cv-04367 | Clinton | Cathi |
| 261 | 3:09-cv-04368 | Petty | Joan |
| 262 | 3:09-cv-04369 | Fugghett | Eureatha |
| 263 | 3:09-cv-04371 | Sabow | Bruce |
| 264 | 3:09-cv-04372 | Carmichael | Cecilia |
| 265 | 3:09-cv-04373 | Gholston | Carey |
| 266 | 3:09-cv-04374 | Gwynn | William |

6

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 1

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|------------------------|-------------------------|
| 267 | 3:09-cv-04375 | Hollingsworth | Dharl |
| 268 | 3:09-cv-04376 | Iglesia | Olimpia |
| 269 | 3:09-cv-04377 | Johnson | Danny |
| 270 | 3:09-cv-04395 | Claypool | David |
| 271 | 3:09-cv-04438 | Dady | Eva |
| 272 | 3:09-cv-04440 | Kalil | Joe |
| 273 | 3:09-cv-04441 | Major | Jean |
| 274 | 3:09-cv-04442 | Miller | Ruth |
| 275 | 3:09-cv-04443 | Niemeyer | Thomas |
| 276 | 3:09-cv-04444 | Novak | Leon |
| 277 | 3:09-cv-04445 | Smith | Dale |
| 278 | 3:09-cv-04446 | Theodoris | Lacienne |
| 279 | 3:09-cv-04464 | Mainer | Henry |
| 280 | 3:09-cv-04627 | Mayweather | Earnest |
| 281 | 3:09-cv-04628 | Sabio | John |
| 282 | 3:09-cv-04629 | Pruett | Patricia |
| 283 | 3:09-cv-04632 | Roberts | Earnestine |
| 284 | 3:09-cv-04634 | Stanley | Edward |
| 285 | 3:09-cv-04635 | Viger | Sharon |
| 286 | 3:09-cv-04636 | Watson | Elizabeth |
| 287 | 3:09-cv-04638 | Bialek | Carol |
| 288 | 3:09-cv-04640 | Clinton | Cathi |
| 289 | 3:10-cv-04345 | Murillo | Rachael |